IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO.  05-532 |
| v. | : | |
| | : | CIVIL NO.   11-4374 |
| ANTHONY SPRUILL | : | |

## O R D E R

**AND NOW**, this  8th  day of  September , 2015,  upon consideration of Petitioner's Motion Under 28 U.S.C. § 2255 (ECF No. 109), and all memoranda and exhibits submitted in support and opposition thereto, it is **ORDERED** that:

1. Petitioner's Habeas Corpus Motion Under 28 U.S.C. § 2255 is **DENIED**;

2. No Certificate of Appealability shall issue.

3. Petitioner's request for an evidentiary hearing is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

R. BARCLAY SURRICK, J.