IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| ANTHONY SPRUILL | : | NO. 05-532 |

**ORDER**

AND NOW, this 29th day of March, 2018, upon consideration of the *pro se* Motion Title 18 U.S.C. Section 3582(c) (2) According to U.S.S. Guideline Amendment 794, and 782 and 591 (ECF No. 136) and the *pro se* Motion for Leave to Proceed In Forma Pauperis (ECF No. 138), it is **ORDERED** that the Motions are **DENIED**.[1]

**IT IS SO ORDERED.**

BY THE COURT:

_____
R. Barclay Surrick, J.

---

[1] Defendant's Motion Title 18 U.S.C. Section 3582(c) (2) According to U.S.S. Guideline Amendment 794, and 782 and 591 (ECF No. 136) is completely devoid of merit.